NUMBER
13-10-00331-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

LONNIE
JOE NARANJO,                                                              Appellant,

 

                                                             v.

 

TADYA
REYNA,                                                                               Appellee.

____________________________________________________________

 

    On
appeal from the County Court at Law – District Court Section

of Kleberg County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

      Before
Chief Justice Valdez and Justices Rodriguez and Vela

                               Memorandum
Opinion Per Curiam

 

Appellant,
Lonnie Joe Naranjo, appealed a judgment entered by the County Court of Kleberg
County, Texas.  On August 4, 2010, the Clerk of this Court notified appellant,
in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would
dismiss this appeal unless the $175.00 filing fee was paid.  See Tex. R. App. P. 42.3(c).  Appellant has
not responded to the notice from the Clerk or paid the $175.00 filing fee.  See
Tex. R. App. P. 5, 12.1(b).

The
Court, having considered the documents on file and appellant=s failure to pay the filing fee, is of the opinion that
the appeal should be dismissed.  See id. 42.3(b),(c).  Accordingly, the
appeal is DISMISSED for want of prosecution.                                                                   

PER CURIAM

Delivered and filed the 16th

day of September, 2010.